# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cassell Creations, LLC DBA Fine Arts Sculpture Center Inc., Oleg Kedria, Zhanna Kedria, Mikhael Kedria<br>Plaintiff(s)<br>v.<br>United States Citizenship and Immigration Services, an agency of the United States government and Kathy A. Baran Director, United States Citizenship and Immigration Services' California Service Center,<br>Defendant(s). | CASE NUMBER<br>2:17-CV-04145-FMO-PLA<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Piston Michael E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

646-845-9895             206-770-6350
*Telephone Number*     *Fax Number*

michaelpiston@gmail.com
*E-Mail Address*

of

Michael E. Piston Attorney At Law
225 Broadway Suite 307
New York, NY 10007
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

_____

*Name(s) of Party(ies) Represented*    [x] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:* _____

**and designating as Local Counsel**

Cass Paul D.
*Designee's Name (Last Name, First Name & Middle Initial)*

CSBA 100484     2134871595     _____
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

pdcesq@gmail.com
*E-Mail Address*

of

Paul D. Cass Attorney At Law
3055 Wishire Blvd Suite 900
Los Angeles, CA 90010
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
    [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
    [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge