CHAD A. READLER
Acting Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director, District Court Section,
Office of Immigration Litigation

GLENN M. GIRDHARRY
Assistant Director

SAMUEL P. GO
Senior Litigation Counsel

SOPHIE KAISER
Trial Attorney (NY 5239751)
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-2092
Facsimile: (202) 305-7000
sophie.b.kaiser@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CASSELL CREATIONS LLC, OLEG KEDRIA, ZHANNA KEDRIA, and MIKHAEL KEDRIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and KATHY A. BARAN<br><br>Defendants. | No. 2:17-cv-04145-FMO-PLA<br><br>**DEFENDANTS' STATUS REPORT** |

Pursuant to the Court's September 1, 2017 order, ECF No. 45, Defendants United States Citizenship and Immigration Services ("USCIS") and Kathy A. Baran ("Defendants") submit the following status report:

(1) On August 29, 2017, USCIS re-opened Cassell Creations LLC's ("Cassell") petition.

(2) On September 18, 2017, USCIS issued a request for evidence ("RFE").

(3) On September 19, 2017, the parties filed a joint stipulation to hold the case in abeyance until final administrative action.

(4) On September 21, 2017, this Court stayed the action pending a decision on Cassell's I-129 petition and ordered parties to file a joint status report within fourteen days after USCIS's decision.

(5) Cassell responded to the RFE on December 11, 2017.

(6) USCIS denied the petition's request for Plaintiff Oleg Kedria's extension of stay on January 9, 2018.

(7) Plaintiffs Oleg Kedria, Zhanna Kedria, and Mikhael Kedria may seek visas at a U.S. Consulate abroad.

(8) The undersigned reached out to Plaintiffs' counsels via email on January 10, 16, and 22, but was unable to receive a definitive answer as to whether Plaintiffs intend to move forward with the litigation.

(9) Defendants are prepared to litigate this case and are amenable to conferring with Plaintiffs to propose to the Court deadlines for Plaintiffs to file an amended complaint

and for Defendants to respond to the amended complaint.

Dated: January 23, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General,
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section,
Office of Immigration Litigation

GLENN M. GIRDHARRY
Assistant Director

SAMUEL P. GO
Senior Litigation Counsel

*/s/ Sophie Kaiser*
SOPHIE KAISER
Trial Attorney (NY 5239751)
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-2092
Facsimile: (202) 305-7000
Email: sophie.b.kaiser@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2018, I electronically filed the foregoing using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Sophie Kaiser*
SOPHIE KAISER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-2092
Facsimile: (202) 305-7000
sophie.b.kaiser@usdoj.gov

Attorney for Defendants